**Michael J. Aye**, SBN 86288
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Joseph Figlia

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:12-cr-00198-MCE-30 |
|     PLAINTIFF, ) | |
| ) | FIRST AMENDED |
|     v. ) | STIPULATION AND ORDER |
| ) | TO ADVANCE MATTER ON |
| Joseph Figlia, ) | CALENDAR AS TO DEFENDANT |
| ) | JOSEPH FIGLIA ONLY |
|     DEFENDANT. ) | |

It is hereby stipulated and agreed, by and between Michael Anderson, ASUA on behalf of the United States and Michael J. Aye, on behalf of defendant Joseph Figlia, that the above-entitle matter, as to defendant Joseph Figlia only, shall be advanced on calendar to April 10, 2014 at 9:00 a.m., for change of plea.

Dated: 3/17/2014

                                          __Michael J. Aye /S/_____
                                          Michael J. Aye, Attorney for
                                          Defendant, Joseph Figlia

_____
**Stipulation and Order to
Advance Matter or Calendar**

Date: 3/17/2014

___Michael Anderson  /S/_____
Michael Anderson, AUSA, Attorney for
Plaintiff, United States of America

**ORDER**

For Good Cause Shown, it is hereby ORDRED as hereinabove set forth.

IT IS SO ORDERED.

Dated:  March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Advance Matter or Calendar**

- 2 -