**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Joseph Figlia

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | NO.2:12-cr-00198-MCE-30 |
| ) | |
|     PLAINTIFF,  ) | |
| ) | STIPULATION AND ORDER |
|     v.  ) | TO CONTINUE SENTENCING |
| ) | OF DEFENDANT JOSEPH FIGLIA |
| Joseph Figlia,  ) | |
| ) | |
| ) | |
|     DEFENDANT.  ) | |
| _____) | |

It is hereby stipulated and agreed, by and between Michael Anderson, ASUA on behalf of the United States and Michael J. Aye, on behalf of defendant Joseph Figlia, and agreed to by probation that sentencing be continued. The reasons for this continuance are that September 25, 2014 was inadvertently chosen on a date wherein counsel for defendant is scheduled to be on a pre-paid vacation out of state. In addition, defendant is currently engaged in a program of training that is expected to be completed by the end of the year. Once completed, the training will allow defendant to emerge from prison and be

---
**Stipulation and Order to**
**Continue Sentencing**

- 1 -

gainfully employed as a union iron worker. This is a program that pre-trial services has approved of, while defendant has been on pre-trial release.

The following new dates are offered as revisions to the current Judgment and Sentencing schedule:

| | |
|---|---|
| Sentencing: | January 8, 2015 |
| Motion for Correction of the resentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 1, 2015 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 18, 2014 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 23, 2014 |

The Proposed Presentence Report has already been disclosed.

Dated: 8/28/2014
　　　　　　　　　　　　　　__Michael J. Aye /S/_____
　　　　　　　　　　　　　　Michael J. Aye, Attorney for
　　　　　　　　　　　　　　Defendant, Joseph Figlia

Date: 8/28/2014　　　　　　 __Michael Anderson  /S/_____
　　　　　　　　　　　　　　Michael Anderson, AUSA, Attorney for
　　　　　　　　　　　　　　Plaintiff, United States of America

**Stipulation and Order to**
**Continue Sentencing**

**ORDER**

For Good Cause Shown, it is hereby ORDRED that the previous sentencing date of September 25, 2014 be vacated and that sentencing be reset to January 8, 2015 at 9:00 a.m. and the proposed changes in schedule, has hereinabove set forth, are hereby adopted by this court.

IT IS SO ORDERED.

Dated:  September 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

**Stipulation and Order to Continue Sentencing**

- 3 -