**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Joseph Figlia

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.2:12-cr-00198-MCE-30 |
| ) | |
| PLAINTIFF, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE SENTENCING |
| ) | OF DEFENDANT JOSEPH FIGLIA |
| Joseph Figlia, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

It is hereby stipulated and agreed, by and between Michael Anderson, ASUA on behalf of the United States and Michael J. Aye, on behalf of defendant Joseph Figlia, and agreed to by probation, that sentencing be continued from January 8, 2015 until March 5, 2015.

The reason for this continuance is that defendant is currently in a four year iron workers apprentice program. The program is structure such that if defendant successfully completes 1100 hours of the program prior to incarceration he will be able to return and complete the program once released

---

**Stipulation and Order to**
**Continue Sentencing**

- 1 -

from custody. He currently has a little over 800 hours completed.

Once completed, the training will allow defendant to emerge from prison and be gainfully employed as a union iron worker. This is a program that pre-trial services has approved of, while defendant has been on pre-trial release. Further, probation has no objection to this continuance.

The Presentence Report has already been disclosed.

Dated: 12/18/2014
                              __Michael J. Aye /S/_____
                              Michael J. Aye, Attorney for
                              Defendant, Joseph Figlia

Date: 12/18/2014              __Michael Anderson  /S/_____
                              Michael Anderson, AUSA, Attorney for
                              Plaintiff, United States of America

## ORDER

For Good Cause Shown, it is hereby ORDRED that the previous sentencing date of January 8, 2015 be vacated and that sentencing be reset to March 5, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to**
**Continue Sentencing**

- 2 -