**Michael J. Aye, SBN 86288**
Attorney at Law
117 J Street, Suite 202
Sacramento, CA 95814-2212
Telephone (916) 447-1278

ATTORNEY FOR DEFENDANT
Joseph Figlia

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.2:12-cr-00198-MCE-30 |
| ) | |
| PLAINTIFF, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | TO CONTINUE SENTENCING |
| ) | OF DEFENDANT JOSEPH FIGLIA |
| Joseph Figlia, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

It is hereby stipulated and agreed, by and between Michael Anderson, ASUA on behalf of the United States and Michael J. Aye, on behalf of defendant Joseph Figlia, and agreed to by probation, that sentencing be continued from March 12, 2015 until April 9, 2015.

The reason for this continuance is that defendant is currently in a four year iron workers apprentice program. The program is structure such that if defendant successfully completes 1100 hours of the program prior to incarceration he

_____
**Stipulation and Order to
Continue Sentencing**
                    - 1 -

will be able to return and complete the program once released from custody. He currently has almost 1000 hours completed.

Once completed, the training will allow defendant to emerge from prison and be gainfully employed as a union iron worker. This is a program that pre-trial services has approved of, while defendant has been on pre-trial release. Further, probation has no objection to this continuance.

The Presentence Report has already been disclosed.

Dated: 3/4/2015

      __Michael J. Aye /S/_____
      Michael J. Aye, Attorney for
      Defendant, Joseph Figlia

Date: 3/4/2015

      ___Richard Bender   /S/_____
      Richard Bender, AUSA, Attorney for
      Plaintiff, United States of America

**ORDER**

For Good Cause Shown, it is hereby ORDRED that the previous sentencing date of March 12 2015, be vacated and that sentencing be reset to April 9, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____
**Stipulation and Order to Continue Sentencing**

- 2 -