McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00198-MCE |
| Plaintiff, | STIPULATED MOTION TO AMEND JUDGMENT UNDER RULE 36 AND PROPOSED ORDER |
| v. | |
| JOSEPH FIGLIA, | |
| Defendant. | |

## STIPULATED MOTION UNDER RULE 35(a)

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, Michael J. Aye hereby stipulate as follows:

1.     On April 9, 2015, the defendant Joseph Figlia was sentenced to pay restitution in the amount of $21,610.25 to Pacific Gas & Electric (PG&E). (Judgment, Doc. 510.) The Judgment stated that the $21,610.25 would be joint and several "with applicable codefendants in this case." (Judgment, Doc. 510, at 4.) Co-defendant Nickolas Perry was sentenced on December 15, 2016, to pay restitution of $22,664.32 to PG&E, jointly and severally with Joseph Figlia and Michael Kelley. (Judgment, Doc. 1324.)

2.     The judgment should have made the $21,610.25 in restitution to PG&E joint and several with Nickolas Perry and Michael Kelley.[1]

---

[1] Mr. Kelley is now deceased, and therefore it would be inappropriate to amend the judgment to make restitution joint and several with Mr. Kelley at this time.

3. By this stipulation, the parties jointly request that the Court amend the Judgment for the above-captioned defendant to order that the restitution shall be joint and several with the co-defendant, Nickolas Perry.

IT IS SO STIPULATED.

Dated: December 14, 2018                    McGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ ROGER YANG
                                            ROGER YANG
                                            Assistant United States Attorney


Dated: December 14, 2018                    /s/ MICHAEL J. AYE
                                            MICHAEL J. AYE
                                            Counsel for Defendant
                                            JOSEPH FIGLIA


## ORDER

IT IS SO ORDERED.

Dated: December 29, 2018


                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE